IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00206-MR-WCM

WAYNE L. ROSS )
*On Behalf of Himself and* )
*Others Similarly Situated* )
                                             )
        **Plaintiffs,** )
v. )     ORDER
                                             )
FINANCIAL RECOVERY SERVICES, INC. )
                                             )
        **Defendants.** )
_____

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 38) filed by David Grassi. The Motion indicates that Mr. Grassi, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of John P. Boyle, who the Motion represents as being a member in good standing of the Bar of Minnesota. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 38) and **ADMITS** John P. Boyle to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 14, 2022

W. Carleton Metcalf
United States Magistrate Judge